UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Allen Randolph Ware | § | |
| v. | § | Civil Action No.: 2:09-323 |
| Minerva Juarez, et al. | § | |

### ORDER STRIKING PLEADING (S)

The clerk has filed your **De #7 Plaintiff's Motion to Remand** however, it is deficient in the area (s) checked below:

1. __ Pleading is not signed, by or by permission, the attorney in charge L.R.11.3) .

   (Administrative Procedures for Electronic Filing in Civil and Criminal Cases 8.A.)

2. _x_ Pleading is not in compliance with LR11.3.A. (No statel bar number provided)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.3)

5. ___ No statement re conference w/opposing counsel (LR7.1.D)

6. _X_ Separate proposed order not attached (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other:

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: _1-4-10_
DE #7/vr

_____
JUDGE PRESIDING

N:\DARS\strike order no federal bar number.wpd   091229.1314